UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 98-1981

WILLIAM G. FISHER,

Plaintiff - Appellant,

versus

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION;
PRICILLA STEVENS; HARVEY CUMMINGS; R. EDISON
ELKINS,

Defendants - Appellees.

Appeal from the United States District Court for the District of
North Carolina, at Charlotte. Graham C. Mullen, District Judge.
(CA-98-148-3-MU)

Submitted: October 8, 1998          Decided: October 22, 1998

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

Dismissed by unpublished per curiam opinion.

William G. Fisher, Appellant Pro Se. Jodi Beth Danis, EQUAL EM-
PLOYMENT OPPORTUNITY COMMISSION, Washington, D.C., for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

William G. Fisher seeks to appeal the district court's judgment dismissing his complaint as frivolous under 28 U.S.C.A. § 1915(e) (West Supp. 1998) and leave to proceed on appeal in forma pauperis. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis, deny Fisher's motion for appointment of counsel, and dismiss the appeal on the reasoning of the district court, <u>Fisher v. EEOC</u>, CA-98-148-3-MU (W.D.N.C. May 1, 1998), and we conclude that the appeal is frivolous. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>